UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC COAST SHIPYARDS METAL TRADES TRUST FUND,<br><br>Plaintiff,<br>v.<br><br>PACIFIC SHIP REPAIR & FABRICATION, INC.,<br><br>Defendant,<br>v.<br><br>BANNER BANK, N.A.,<br><br>Garnishee. | CASE NO. 24-mc-00048-LK<br><br>JUDGMENT AND ORDER TO PAY |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | Pacific Coast Shipyards Metal Trades Trust Fund |
| Garnishment Judgment Debtor (Garnishee): | Banner Bank, N.A. |
| Garnishment Judgment Amount: | $10,765.32 |

| | |
|---|---|
| Costs Judgment Debtor (Defendant): | Pacific Ship Repair & Fabrication, Inc. |
| Costs Judgment Amount: | $384.50 |
| Judgments to bear interest at: | 0.00% |
| Attorney for Judgment Creditor: | Jeffrey G. Maxwell, Esq.<br>Barlow Coughran Morales & Josephson, P.S.<br>1325 Fourth Avenue, Suite 910<br>Seattle, Washington 98101 |

IT APPEARING THAT Garnishee Defendant Banner Bank, N.A. was indebted to Defendant/Judgment Debtor Pacific Ship Repair & Fabrication, Inc. in the nonexempt amount of $10,765.32; that at the time the Writ of Garnishment was issued, Garnishee Defendant had in its possession or control funds, personal property, or effects of Defendant; and that Plaintiff has incurred $384.50 in recoverable costs and attorney's fees; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded judgment against Garnishee Defendant Banner Bank, N.A. in the amount of $10,765.32; that Plaintiff is awarded judgment against Defendant Pacific Ship Repair & Fabrication, Inc. in the amount of $384.50 for recoverable costs and attorney's fees; that Garnishee Defendant shall pay its judgment amount to Plaintiff through the Registry of the Court; that, upon payment by the Garnishee Defendant of the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $10,765.32; and that, upon receipt and deposit of the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of the Court in the principal amount of $10,765.32, payable to Barlow Coughran Morales & Josephson, P.S., in trust for the Pacific Coast Shipyards Metal Trades Trust Fund, and mail or deliver the check to Barlow Coughran Morales & Josephson, P.S., 1325 Fourth

//

//

Avenue, Suite 910, Seattle, WA 98101. Garnishee Defendant is advised that the failure to pay the judgment amount may result in execution of the judgment, including garnishment.

Dated this 22nd day of November, 2024.

Lauren King
United States District Judge